AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.:<br>24-1112MB | Date and time warrant executed:<br>01/31/2024 1:40 PM | Copy of warrant and inventory left with: |

*Inventory made in the presence of:*

*Inventory of the property taken and name of any person(s) seized:*
RETA, Carlos Daniel's blue Apple iPhone 12 Pro A2341 smartphone was in poor condition with many scratches and cracks. The devices language settings were in English left that way for the examination. Attempts to extract the device were unsuccessful. The SIM card was removed from the device and an Advanced Logical extraction was performed successfully. The extraction was imported into the latest version of Cellebrite Physical Analyzer. Using that software, I was able to retrieve the SIM data.

CASE: WEL2401000022
OWNER: RETA, Carlos Daniel
DEVICE: Blue Apple iPhone Pro 12 A2341
IMEI: 356403870337041
Phone #: 7144783122

PUGA, Alan's white Apple iPhone 11 A2111 smartphone was in poor condition with a cracked screen. The devices language settings were in English left that way for the examination. A partial File Systems extraction was performed on the device successfully. The SIM card was removed from the device and an Advanced Logical extraction was performed successfully. The extractions were imported into the latest version of Cellebrite Physical Analyzer. Using that software, I was able to retrieve the SIM data, calendar, chats, contacts, locations, user accounts, images, audio, and video.

CASE: WEL2402000022
OWNER: PUGA, Alan
DEVICE: White Apple iPhone 11 A2111
IMEI: 351890923477938
Phone #: 7148050363

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/14/2024 2:56 PM

*Executing officer's signature*

BPA-I Daniel Villaneda
*Printed name and title*